No. 81–6869.   THRAILKILL *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 81–6874.   TUNSIL *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–6876.   BLUE THUNDER *v.* UNITED STATES. C. A. 8th Cir.   Certiorari denied.

No. 81–6877.   ECHOLS *v.* ANDERSON.   C. A. 6th Cir. Certiorari denied.

No. 81–6879.   NEWTON *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 81–6880.   MANYPENNY *v.* ARIZONA.   C. A. 9th Cir. Certiorari denied.

No. 81–6884.   MARTIN *v.* SAMPLE ET AL.   C. A. 3d Cir. Certiorari denied.

No. 81–6885.   MARTIATO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 81–6886.   WASKIEWICZ *v.* SHIELDS, CHAIRMAN, VIRGINIA STATE PAROLE BOARD.   C. A. 4th Cir.   Certiorari denied.

No. 81–6887.   LAMBDIN *v.* SUPERINTENDENT, CALIFORNIA CORRECTIONAL INSTITUTION.   C. A. 9th Cir.   Certiorari denied.

No. 81–6888.   FULTZ *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 81–6890.   HEDRICK *v.* ALLSBROOK ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 81–6892.   COOPER *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 81–6893.   LONG *v.* BALKCOM, WARDEN, GEORGIA STATE PRISON.   C. A. 11th Cir.   Certiorari denied.